IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREVOR SHOPE,

        Plaintiff,                           No. CIV S-09-2215 GGH P

    vs.

SOLANO COUNTY
SHERIFF DEPARTMENT

        Defendants.                    ORDER

_____/

        Plaintiff is apparently a county jail inmate, proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed Augst 20, 2009, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendant: nurse Vee Vee J.;

\\\\\

1

2. The Clerk of the Court shall send plaintiff 1 (one) USM-285 form, one summons, an instruction sheet and a copy of the amended complaint filed September 15, 2009.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. 2 (two) copies of the endorsed amended complaint filed September 15, 2009.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: October 7, 2009

        /s/ Gregory G. Hollows
        UNITED STATES MAGISTRATE JUDGE

ggh: ab
shop2215.am

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREVOR SHOPE

        Plaintiff,                     No. CIV S-09-2215 GGH P

    vs.

SOLANO COUNTY
SHERIFF DEPARTMENT, et al.,        NOTICE OF SUBMISSION
        Defendants.                   OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__      completed summons form

      __1__      completed USM-285 forms

      __2__      copies of the __September 15, 2009__
                                        Amended Complaint

DATED:

                                                                             Plaintiff