IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREVOR SHOPE,

      Plaintiff,                   No. 2:09-cv-2215 KJN P

   vs.

VEE VEE J, et al.,

      Defendants.         <u>ORDER</u>

_____/

      Plaintiff is an inmate in the Solano County Jail, proceeding in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On April 21, 2010, plaintiff filed a request for a copy of defendants' answer, as well as a copy of the court's order filed November 17, 2009. Plaintiff contends the Solano County Sheriff's Department failed to deliver either of these documents to him. Because it appears plaintiff did not receive these documents, the Clerk of Court will be directed to serve plaintiff with copies.[1]

////

---

[1] Plaintiff is cautioned, however, that the Court Clerk normally does not provide copies free of charge. In the future, copies of documents may be obtained from Attorney's Diversified Services (ADS): 1424 21st Street, Sacramento, CA 95814. Their phone number is 916-441-4396. The court will provide copies of the docket sheet at $0.50 per page. Checks in the exact amount are made payable to "Clerk, USDC." Please Note: In Forma Pauperis status does not include the cost of copies.

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. Plaintiff's April 21, 2010 request is granted; and

3  2. The Clerk of the Court shall serve plaintiff with copies of the following documents:

   a. November 17, 2009 order (Dkt. No. 11);

   b. November 17, 2009 order (Dkt. No. 12); and

   c. March 26, 2010 Answer.

DATED: June 2, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

shop2215.ord