1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10   TREVOR SHOPE,
11            Plaintiff,                    No. 2:09-cv-2215 KJN P
12       vs.
13   VEE VEE J., et al.,
14            Defendants.                   <u>ORDER</u>
15   _____/
16            Plaintiff has requested the appointment of counsel. The United States Supreme
17   Court has ruled that district courts lack authority to require counsel to represent indigent
18   prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In
19   certain exceptional circumstances, the court may request the voluntary assistance of counsel
20   pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991);
21   <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court
22   does not find the required exceptional circumstances. Therefore, plaintiff's request for the
23   appointment of counsel is denied.
24   ////
25   ////
26   ////

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's September 17, 2010
2   request for the appointment of counsel is denied.
3   DATED: September 27, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

shop2215.31