IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREVOR SHOPE,

      Plaintiff,                    No. 2:09-cv-2215 KJN P

   vs.

VIVI JONES, R.N.,

      Defendant.             ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel and in forma pauperis with a civil rights complaint pursuant to 42 U.S.C. § 1983. On November 15, 2010, plaintiff filed a motion for leave to add a defendant. The court construes this filing as a motion to amend the complaint to add a defendant. On November 24, 2010, defendant Vivi Jones, R.N., the sole answering defendant, filed a statement of non-opposition to plaintiff's motion.

      Good cause appearing, plaintiff will be permitted to file a second amended complaint that adds Officer James as a defendant. Plaintiff is cautioned that this action is proceeding as to allegations against defendant Vivi Jones, R.N., and his new allegations against defendant Officer James as expressed in his motion. Plaintiff shall not add any other new defendants in his second amended complaint or add additional allegations as to defendant Jones.

      In addition, plaintiff is hereby informed that the court cannot refer to a prior

1

pleading in order to make plaintiff's second amended complaint complete. Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading. This requirement exists because, as a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Once plaintiff files a second amended complaint, the original pleading no longer serves any function in the case. Therefore, in a second amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's November 15, 2010 motion is granted.

2. Plaintiff's amended complaint is dismissed.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Amendment and submit the following documents to the court:

   a. The completed Notice of Amendment; and

   b. An original and one copy of the Second Amended Complaint.

Plaintiff's second amended complaint shall comply with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The second amended complaint must also bear the docket number assigned to this case and must be labeled "Second Amended Complaint." Failure to file a second amended complaint in accordance with this order may result in the dismissal of this action.

DATED: December 2, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

shop2215.amd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREVOR SHOPE,

      Plaintiff,                    No. 2:09-cv-2215 KJN P

    vs.

VIVI JONES, R.N.,

      Defendant.              <u>NOTICE OF AMENDMENT</u>

_____/

      Plaintiff hereby submits the following document in compliance with the court's order filed _____:

      _____      Second Amended Complaint

DATED:

                                           _____
                                           Plaintiff