IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREVOR SHOPE,

      Plaintiff,                No. 2:09-cv-2215 KJN P

   vs.

VIVI JONES, R.N.,

      Defendant.            ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983.[1]  This action is proceeding on plaintiff's September 15, 2009 amended complaint.  (Dkt. No. 8.)  Plaintiff alleges defendant Jones was deliberately indifferent to plaintiff's serious medical needs.  On September 14, 2010, a revised scheduling order issued setting the discovery deadline for December 6, 2010, and requiring all pretrial motions to be filed on or before February 7, 2011.  (Dkt. No. 25.)  The pretrial motions deadline has now passed and neither party has filed a dispositive motion.  Defendant shall inform the court whether she intends to seek leave of court to file a dispositive motion, or whether the court should simply set

---

    [1] On August 19, 2009, plaintiff consented to the jurisdiction of the undersigned.  (Dkt. No. 6.)  Defendant has not responded to the court's request to consent or decline issued November 17, 2009.  (Dkt. No. 12.)

1

1 | this matter for trial.  Accordingly, IT IS HEREBY ORDERED that defendant notify the court,
2 | within fourteen days, whether she intends to seek leave of court to file a dispositive motion.
3 | DATED: February 15, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

shop2215.ntc