IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREVOR SHOPE,

    Plaintiff,        No. 2:09-cv-2215 KJN P

   vs.

VIVI JONES, R.N.,        ORDER AND REVISED

    Defendant.       SCHEDULING ORDER

_____/

Plaintiff is a state prisoner proceeding without counsel. On February 16, 2011, defendant was directed to inform the court whether she intends to seek leave of court to file a dispositive motion. On February 23, 2011, defendant filed a request for leave to file a motion for summary judgment. In light of plaintiff's withdrawal of his request to add a defendant, defendant Jones has shown good cause to extend the pretrial motions deadline. Accordingly, the pretrial motions deadline is extended to March 15, 2011.

IT IS HEREBY ORDERED that:

1. Defendant's February 23, 2011 request (dkt. no. 36) is granted; and

2. The February 7, 2011 pretrial motions deadline is extended to March 15, 2011.

DATED: February 23, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

shop2215.eot