IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREVOR SHOPE,

    Plaintiff,                    No. 2:09-cv-2215 KJN P

    vs.

VIVI JONES, R.N.,

    Defendant.                <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel and in forma pauperis. On March 3, 2011, plaintiff filed a notice that he is out-to-court and provided his new mailing address. Accordingly, the Clerk of the Court is directed to change plaintiff's address of record on the court docket, and to re-serve a copy of court orders #35 and #37. Moreover, it appears defendant served the motion for summary judgment on plaintiff at San Quentin State Prison, rather than plaintiff's current address in Lakeport, despite plaintiff's March 3, 2011 filing. Defendant is directed to re-serve the motion for summary judgment and supporting documents on plaintiff at his current address of record. Plaintiff will have twenty-one days from the re-service date of the motion to file his opposition.

        On March 24, 2011, plaintiff filed a motion to have the court certify plaintiff is proceeding pro per. (Dkt. No. 42.) Plaintiff states he provided the court with his "request to try

1

and receive pro per status and what they told [him] to do," but no such document was provided. (Id.) In any event, plaintiff is proceeding without counsel in this action, and was granted leave to proceed in forma pauperis by order filed August 20, 2009. (Dkt. No. 7.) Moreover, as noted above, plaintiff is presently under a pending deadline to oppose defendants' motion for summary judgment. Plaintiff is cautioned that failure to file an opposition will be deemed as consent to have the: (a) pending motion granted; (b) action dismissed for lack of prosecution; and (c) action dismissed based on plaintiff's failure to comply with Local Rule 110 and 230(*l*) and a court order. Such a failure shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to change plaintiff's address of record on the court docket pursuant to Dkt. No. 38, and to re-serve a copy of court orders Dkt. Nos. 35 and 37 on plaintiff at his current address;

2. Defendant shall re-serve the March 11, 2011 motion for summary judgment and supporting documents on plaintiff's current address, and file a certificate of service attesting to same within seven days from the date of this order;

3. Plaintiff's opposition to the motion for summary judgment is due twenty-one days from the date defendant re-serves the motion for summary judgment on plaintiff's current address; defendant's reply, if any, shall be filed seven days thereafter; and

4. Plaintiff's March 24, 2011 motion (dkt. no. 42) is granted; plaintiff is presently proceeding without counsel and in forma pauperis.

DATED: March 31, 2011

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

shop2215.add